IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN L. BALISTRERI,

    Plaintiff,

v.

KEN KAST, AMY MASTRICOLA,
JEREMY BAILEY, JOSHUA SCHUBERT,
MARK STEVEIE, C.O. SCHMIDT,
C.O. BUTTERBOARDT,
TODD SKINDELOWSKI,
RENEE SCHULER, KAREN ANDERSON,
DR. RICKY SEABUL and DR. GLENN HEINZL,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-247-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing Renee Schuler, C.O. Butterboardt and C.O. Schmidt;

(2) dismissing without prejudice plaintiff's claims against Joshua Schubert, Mark Stevie, Dr. Ricky Seabul, Dr. Glenn Heinzl and Karen Anderson;

(2) dismissing Todd Skindelowski and;

(2) granting summary judgment in favor of Ken Kast, Amy Mastricola and Jeremy Bailey and dismissing this case.

| /s/ | 8/2/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |